No. 01–10501. SANTIAGO-LUGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10502. MALAVE v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–10504. LARSEN v. HONSTED ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10505. BALL v. BAKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10509. BRADLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–10516. FISHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10521. WEAVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10523. PATTERSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10524. THYMES v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–10526. THOMAS v. MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10527. STIGGERS v. FLEET MORTGAGE CORP. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 01–10528. SANDERS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–10529. SALAMEH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10530. CONTRERAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10532. BENNINGS v. CONNECTICUT DEPARTMENT OF CORRECTIONS ET AL. C. A. 2d Cir. Certiorari denied.